IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD TESTER,                              3:12-CV-01313-HU

      Plaintiff,                         ORDER

v.

CAROLYN W. COLVIN,
Commissioner Social Security
Administration,

      Defendant.


BROWN, Judge.

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#15) on November 22, 2013, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits.  Plaintiff filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In his Objections, Plaintiff reiterates the arguments contained in his Brief and Reply Brief. This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#15). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 17th day of January, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER