IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EDWARD TESTER, | 3:12-CV-01313-BR |
| Plaintiff, | ORDER |
| v. | |
| CAROLYN W. COLVIN,<br>Commissioner Social Security<br>Administration, | |
| Defendant. | |

BROWN, Judge.

Pursuant to the Ninth Circuit Court of Appeals decision issued August 25, 2015, Case No. 14-35210, this Court's Judgment (#20) entered January 17, 2014, is **VACATED** and this matter is remanded to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g), for further proceedings consistent with the decision of the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED this 25th day of November, 2015.

                                              */s/ Anna J. Brown*
                                        ANNA J. BROWN
                                        United States District Judge

1  -  OPINION AND ORDER